# Criminal Case Cover Sheet

**FILED:** REDACTED  
**U.S. District Court**

**Place of Offense:** ☒ Under Seal  
**Judge Assigned:** CMH *(handwritten)*

- City:
- County: Arlington
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:
- **Criminal No.:** 1:24-CR-2
- New Defendant: XXX
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** PATRICIA DE OLIVEIRA SOUZA LELIS BOLIN
- Alias(es):
- ☐ Juvenile  FBI No.:
- **Address:** Arlington, VA
- Employment:
- **Birth Date:** xx/xx/1994
- **SSN:** xxx-xx-3057
- **Sex:** Female
- **Race:** White
- **Nationality:** Brazilian
- **Place of Birth:** Brazil
- Height:
- Weight:
- Hair:
- **Eyes:** Brown
- Scars/Tattoos:
- ☐ Interpreter  Language/Dialect:
- Auto Description:

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- Address:
- Phone:
- ☐ Court Appointed
- ☐ Retained
- ☐ Public Defender
- **Counsel Conflicts:** Jessica Richardson; Blerina Jasari; Dennis Boyle; John Moran
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Russell L. Carlberg
- **Phone:** 703.299.3700
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation --- Special Agent Michael Major

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1343 | Wire Fraud | #1 - 14 | Felony |
| Set 2: | 18 U.S.C. § 1957 | Unlawful Monetary Transactions | #15 - 17 | Felony |

**Date:** 1/4/2024  **AUSA Signature:** /s/ Russell L. Carlberg

*may be continued on reverse*

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 1028A | Aggravated Identity Theft | #18 - 19 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

District Court Case Number (to be filled by deputy clerk): ____

Print Form    Reset Form